1  David Billingsley, State Bar No. 179068
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2  24301 Southland Drive, Ste. 312
   Hayward, CA. 94545
3  Telephone: (510) 785-8400
   Facsimile:   (510) 670-0955
4  david@btbandb.com

5
   Attorney for Defendant Harold Austin
6

7

8
                IN THE UNITED STATES DISTRICT COURT
9
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,              No.  CR 92-00196-SBA
12
              Plaintiff,                  ORDER AND STIPULATION
13                                        CONTINUING STATUS/SETTING FOR
                                          SUPERVISED
14  HAROLD AUSTIN,                        RELEASE VIOLATION

15            Defendant.
                                   /
16

17
        The government and Defendant Harold Austin hereby stipulate as follows:
18
        1. Defendant had been scheduled for a status/setting of supervised release
19
   revocation hearing on November 3, 2009 before Judge Armstrong.
20
        2. On November 2, 2009, all parties discovered that Mr. Austin's case had not
21
   made Judge Armstrong's calendar.  In addition, the defense has yet to receive the police report,
22
   or other documents related to the allegation of violation of supervised release.
23
        3. Defendant's attorney spoke with Mark Messner, the US probation officer
24
   assigned to this case. Mr. Messner indicated he is available on December 8, 2009.
25

26

27

28
   STIPULATION AND ORDER
   CR 92-00196 SBA

4. The parties stipulate that the status/setting hearing currently scheduled for November 3, 2009 be vacated and rescheduled for December 8, 2009, 2009 at 9:00 a.m. to allow both parties time to review the documents connected to the alleged supervised release violation.

IT IS SO STIPULATED.

DATED:   11/3/09              _____/S/_____
                              WADE RHYNE
                              Assistant United States Attorney


DATED:   11/3/09              _____/S/_____
                              DAVID BILLINGSLEY
                              Attorney for Harold Austin


IT IS SO ORDERED.


DATED: 11/20/09               _____
                              THE HON. SAUNDRA B. ARMSTRONG
                              UNITED STATES DISTRICT COURT
                              JUDGE

STIPULATION AND ORDER
CR 92-00196 SBA